IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SMART AUTHENTICATION IP, LLC,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>AUTODESK INC.,<br><br>　　　　　　　Defendant. | Civil Action No. 2:17-cv-00277-JRG<br><br>**JURY TRIAL DEMANDED** |

## **JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**

Plaintiff Smart Authentication IP, LLC and Defendant Autodesk, Inc. have settled, in principle, this matter between the parties. Accordingly, the parties jointly move the Court to stay the above-captioned case, and any and all deadlines for thirty (30) days in which to finalize the settlement of this matter.

Dated: June 30, 2017　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Dmitry Kheyfits*　　　

　　　　　　　　　　　　　　　　　　　　　　Dmitry Kheyfits
　　　　　　　　　　　　　　　　　　　　　　Andrey Belenky
　　　　　　　　　　　　　　　　　　　　　　Kheyfits P.C.
　　　　　　　　　　　　　　　　　　　　　　1140 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　　9th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　　　Telephone: 212-203-5399
　　　　　　　　　　　　　　　　　　　　　　Facsimile: 212-203-6445
　　　　　　　　　　　　　　　　　　　　　　dkheyfits@kheyfits.com
　　　　　　　　　　　　　　　　　　　　　　abelenky@kheyfits.com

　　　　　　　　　　　　　　　　　　　　　　L. Charles Van Cleef
　　　　　　　　　　　　　　　　　　　　　　Van Cleef Law Office
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 2432
　　　　　　　　　　　　　　　　　　　　　　Longview, Texas 75606
　　　　　　　　　　　　　　　　　　　　　　Telephone: 903-248-8244
　　　　　　　　　　　　　　　　　　　　　　Facsimile: 903-248-8249
　　　　　　　　　　　　　　　　　　　　　　charles@vancleef.pro

2

Attorneys for Plaintiff
*Smart Authentication IP, LLC*

<u>/s/ *Harry L. Gillam Jr*</u>
Harry L. Gillam Jr.
Texas State Bar No. 7921800
gil@gillamsmithlaw.com
Melissa Richards Smith
Gillam & Smith LLP
303 South Washington Avenue
Marshall, Texas  75670
Telephone No.:  (903) 934-8450
Facsimile No.:   (903) 934-9257
melissa@gillamsmithlaw.com

Attorneys for Defendant
*Autodesk, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a), on this the 30th day of June 2017.

<u>*/s/ Harry L. Gillam Jr*</u>