IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SMART AUTHENTICATION IP, LLC,<br><br>               Plaintiff,<br>vs.<br><br>AUTODESK INC.,<br><br>               Defendant. | Civil Action No. 2:17-cv-00277-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Before the Court is Plaintiff Smart Authentication IP, LLC and Defendant Autodesk, Inc.'s Joint Motion to Stay All Deadlines and Notice of Settlement. (Dkt. No. 14.) The Court, having considered same, finds that the Motion should be GRANTED.

It is therefore ORDERED that all unreached deadlines be stayed for thirty (30) days, so that the settlement agreement can be finalized and appropriate dismissal papers can be filed.

**So ORDERED and SIGNED this 17th day of July, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE